UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| FIVE BROTHERS JALISCO PRODUCE § § Plaintiff, § § vs. § § ATAIN SPECIALTY INSURANCE § COMPANY and CERTAIN § UNDERWRITERS AT LLOYDS, § LONDON § § Defendant. § | Civil Action No. _____ |

## NOTICE OF REMOVAL

Defendant, Certain Underwriters at Lloyds, London, files this notice of removal pursuant to 28 U.S.C. § 1446(a), and would show the following:

### Introduction

1. Plaintiff is Five Brothers Jalisco Produce.

2. Defendants are Atain Specialty Insurance Company and Certain Underwriters at Lloyds, London.

3. On October 8, 2015, Plaintiff filed its second amended petition and sued Defendant, Certain Underwriters at Lloyds, London in state court in Texas alleging breach of contract, violations under the Texas DTPA statute, unfair insurance practices, breach of duty of good faith, and delay in payment of a claim resulting from a windstorm. The state court action is pending in the 332nd Judicial District Court of Hidalgo County, Texas.

4. Defendant was served with notice of the above referenced lawsuit on November 10, 2015, and timely files this notice of removal.

5. Plaintiff demanded a jury trial in the state court action.

## Grounds for Removal

6. Removal is proper because there is complete diversity between the parties and Plaintiff seeks damages in excess of $75,000. *See* 28 U.S.C. §1332(a). Based on Plaintiff's settlement demand letters, Plaintiff is seeking $464,592.29 in economic damages. *See* attached Exhibit 'A'.

7. Plaintiff is a corporate entity whose principal place of business is in Pharr, Hidalgo County, Texas. Defendant, Atain Specialty Insurance is a corporation with its principal place of business at 30833 Northwestern Highway, Farmington Hills, Michigan 48334. Defendant, Certain Underwriters at Lloyds, London was served in New York City, New York 10019. Based on information and belief, it does not have any syndicates in Texas and its principal place of business would be either London, England or New York City, New York.

8. Counsel for Co-Defendant, Stephen Bega, has consented to removal, and he has signed this "Notice of Removal."

9. An index of all matters filed herein, as required by local rule 81, is attached as Exhibit "B." Additionally, a copy of all pleadings, process, orders and other filings in the state-court suit are attached to this notice as Exhibit "C."

10. Venue is proper in this district under 28 U.S.C. §1441(a) because the state court where the suit has been pending is located in this district.

11. Defendant is contemporaneously filing a copy of this notice of removal with the clerk of the state court where the suit is pending.

## Conclusion

12.    Plaintiff and Defendants are residents of different states. Thus, complete diversity exists. Additionally, the amount in controversy exceeds $75,000.00. For these reasons, Defendant asks the Court to remove the suit to the United States District Court for the Southern District of Texas, McAllen Division.

Respectfully Submitted,

DONATO, MINX, BROWN & POOL, P.C.

By:    /s/ Ian C. Hernandez
       IAN C. HERNANDEZ
       State Bar No. 24036763
       Federal ID # 1449188
       3200 Southwest Freeway, Ste. 2300
       Houston, TX 77027
       Telephone: (713) 877-1112
       Fax: (713) 877-1138

ATTORNEY FOR DEFENDANT,
CERTAIN UNDERWRITERS AT LLOYDS, LONDON

"Of Counsel"
Brook F. Minx
State Bar No. 00789905
Federal ID # 18723
3200 Southwest Freeway, Ste. 2300
Houston, TX 77027
Telephone: (713) 877-1112
Fax: (713) 877-1138

CONSENT TO REMOVAL:

Castagna Scott, LLP


 /s/ Stephen Bega
Stephen Bega
State Bar No. 24012269
Lynn Castagna
State Bar No. 03980520
1120 S. Capital of Texas Highway
Bldg. 2, Suite 270
Austin, TX 78746
(512) 329-3290
(888) 255-0132 Fax

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing pleading has been forwarded to all the following counsel of record via facsimile, certified mail, return receipt requested and/or hand delivery on this 10th day of December, 2015.

V. Gonzalez & Associates, PC
Aloysius Peter Thadeus, Jr.
Vicente Gonzalez
121 N. 10th Street
McAllen, TX 78501
(956) 630-0383

Attorney for Co-Defendant
Castagna Scott, LLP
Stephen Bega
1120 S. Capital of Texas Highway
Bldg. 2, Suite 270
Austin, TX 78746
(888) 255-0132

/s/ Ian C. Hernandez
Ian C. Hernandez