United States District Court
Southern District of Texas
**ENTERED**
February 04, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| FIVE BROTHERS JALISCO PRODUCE CO., INC., | § § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:15-CV-531 |
| | § | |
| ATAIN SPECIALTY INSURANCE COMPANY, *et al*, | § § § | |
| | § | |
| Defendants. | § | |

### ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO REMAND

After considering Plaintiff Five Brothers Jalisco Produce Co., Inc.'s Unopposed Motion to Remand and the notice of removal, the Court **FINDS** that that complete diversity between the parties does not exist. Accordingly,

It is hereby ORDERED that this cause is REMANDED back to the 332nd Judicial District Court of Hidalgo County, Texas, from where it was removed.

SO ORDERED this 4th day of February, 2016, at McAllen, Texas.

*/s/ Randy Crane*
Randy Crane
United States District Judge